USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHAN BOGNAR,

                Plaintiff,

    - against -

INTEGRAL HEALTH & WELLNESS, LLC, et al.,

                Defendants.

23 Civ. 278 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above-captioned matter was filed on January 12, 2023. (Dkt. No. 1.) Defendants Integral Health & Wellness, LLC, NYDG Foundation Inc., Jean Pierre Van Laere, Van Laere LLC, David Colbert, and David Colbert, LLC (collectively, "Defendants") filed an Answer to the Complaint on March 17, 2023. (Dkt. No. 29.)

    Plaintiff Stephan Bognar and Defendants are hereby directed to submit a joint letter by April 10, 2023, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case

Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: [https://nysd.uscourts.gov/hon-victor-marrero](https://nysd.uscourts.gov/hon-victor-marrero).

**SO ORDERED.**

Dated:  20 March 2023
        New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.