UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEPHAN BOGNAR,

                             Plaintiff,

        -against-

INTEGRAL HEALTH & WELLNESS, LLC, et al.,

                            Defendants.

------------------------------------------------------------X

23-CV-00278 (VM)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023

**SARAH NETBURN, United States Magistrate Judge**:

       On May 2, 2023, the Honorable Victor Marrero assigned this matter to my docket for settlement. By May 11, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                             _____
                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     May 4, 2023
               New York, New York