UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEPHAN BOGNAR,

                          **Plaintiff,**

   -against-

INTEGRAL HEALTH & WELLNESS, LLC, et al.,

                         **Defendants.**

------------------------------------------------------------X

23-CV-00278 (VM)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    As discussed during today's conference, Defendants shall answer or otherwise respond to Plaintiff's First Amended Complaint no later than July 6, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   June 2, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2023