USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHAN BOGNAR,

     Plaintiff,

 - against -

INTEGRAL HEALTH & WELLNESS, LLC, et al.,

     Defendants.

**23 Civ. 278 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

 After a conference before Magistrate Judge Netburn, the parties in the above-captioned matter indicated that they have reached an agreement in principle to settle this action without further litigation, and do not object to the issuance of this Order. Accordingly, it is hereby

 **ORDERED** that this action be conditionally discontinued without prejudice and without costs. Within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within thirty (30) days of the date of this Order. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional

process, on a date within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled. The Clerk of Court is respectfully directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:     27 June 2023
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.