**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

STEPHAN BOGNAR,

                                **Plaintiff,**

        -against-

INTEGRAL HEALTH & WELLNESS, LLC, et al.,

                             **Defendants.**

-------------------------------------------------------------------X

**23-CV-00278 (VM)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A conference is scheduled for Tuesday, August 1, 2023, at 4:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss the parties' letters, ECF Nos. 48, 49, as well as their subsequent emails to the Court. Should the parties resolve their dispute before that time they are directed to notify the Court immediately.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 26, 2023
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/26/2023 __